### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D.<br>115 Bluff Point Road<br>Fredericksburg, Virginia 22407-2300<br><br>    Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY<br>Agent for Service of Legal Process:<br>Medical Faculty Associates, Inc.<br>2150 Pennsylvania Ave., N.W.<br>Washington, D.C.  20037<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*    Civil Action No: _____<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### COMPLAINT

Plaintiff, Andrew S. Anderson, Ph.D., M.D., by counsel, and in and for his Complaint against defendant, Reliance Standard Life Insurance Company, states as follows:

### Jurisdiction

1.    The action arises under the Employment Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461, and more specifically pursuant to 29 U.S.C. § 1132 (a)(1)(B), as hereafter will more fully appear.

### Parties

2.    Andrew S. Anderson, Ph.D., M.D. is an anesthesiologist and a Virginia resident.

3.    At all times relevant hereto, Dr. Anderson's employer was Medical Faculty Associates, Inc.

4.  Dr. Anderson was employed through Medical Faculty Associates, Inc. as an anesthesiologist at George Washington University Hospital.

5.  Medical Faculty Associates, Inc. procured from Reliance Standard Life Insurance Corporation a long-term disability policy, Policy No. LSC107283. A true and accurate copy of which is attached hereto as Exhibit A.

6.  Dr. Anderson was a beneficiary of the long-term disability insurance policy issued by Reliance Standard Life Insurance Company to Medical Faculty Associates, Inc.

7.  Reliance Standard Life Insurance Company is an Illinois corporation with its home office located in Chicago, Illinois.

**Facts**

8.  On April 10, 1999, Dr. Anderson was involved in a near fatal motorcycle accident and sustained injuries including, but not limited to, rib fractures, a left pneumothorax, fracture of his left scapula, removal of his spleen, broken bones, sepsis and other physical injuries. During treatment of these injuries, he was placed on a ventilator. Complications arose, including an epidural abscess which required debridement and a laminectomy.

9.  As a result of injuries sustained in the April 10, 1999 accident, plaintiff has suffered and continues to suffer from burning bilateral foot pain, also known as reflex sympathetic dystrophy and other permanent injuries.

10. In July of 2002, after Dr. Anderson had returned to limited work, as a result of injuries sustained on April 10, 1999, plaintiff suffered an incident in the operating room

where he collapsed while providing anesthesia to a patient undergoing a surgical procedure.

11.   As a result of the injuries sustained in the April, 1999 accident, and as evidenced by the July, 2002 incident, Dr. Anderson's employer determined that he was physically unable to perform his job duties due his constant pain and injuries sustained on April 10, 1999.

12.   Dr. Anderson remains permanently disabled.  Plaintiff is unable to perform some of the material duties of his occupation as an anesthesiologist and is unable to perform the material duties of an anesthesiologist as on a full-time basis.

13.   Dr. Anderson made a claim for disability benefits to Reliance Standard Life Insurance Company following the April 10, 1999 accident.  Reliance Standard accepted this claim and made disability payments to Dr. Anderson until his return to work.

14.   Reinstatement of benefits was sought following the July, 2002 incident. The claim was initially accepted and paid.

15.   On April 21, 2004, Reliance Standard Life Insurance Company unjustly terminated Dr. Anderson's disability benefits effective April 6, 2004.

16.   Dr. Anderson requested a review of this decision in a timely fashion.

17.   On January 28, 2005, Reliance Standard Life Insurance Company stated that it reviewed its claim file and found that its original decision to terminate Dr. Anderson's benefits was appropriate.

18.   All conditions precedent to filing suit required by the policy have been exhausted by plaintiff.

**Count I**
**Violation of 29 U.S.C. §1100, *et. seq.***

19. Paragraphs 1 through 18 are incorporated herein as if specifically set forth in count.

20. The disability insurance policy qualifies as an employee benefit plan under the Employee Retirement Income Security Program, 29 U.S.C. §1100 et seq.

21. Plaintiff qualifies for disability as defined by the plan, as plaintiff is unable to perform some of the material duties of his occupation and/or is unable to perform the material duties of his occupation on a full-time basis.

22. Reliance Standard Life Insurance Company's termination of Dr. Anderson's disability benefits constitutes a breach of its policy of insurance and a denial of his benefits under 29 U.S.C. §1132.

23. Reliance Standard Life Insurance Company's decision to terminate disability payments to Dr. Anderson was arbitrary and capricious, an abuse of discretion, unreasonable, and a breach of the terms of the insurance contract.

**Damages**

24. As a result of Reliance Standard Life Insurance Company's improper termination of disability benefits due to Dr. Anderson, Dr. Anderson has suffered financial losses, including, but not limited to, past benefits denied, future disability benefits, costs, and attorney's fees.

WHEREFORE, plaintiff, Andrew A. Anderson, Ph.D., M.D., requests this court to enter an Order granting him judgment against Reliance Standard Life Insurance Company

in the amount of TWO MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000.00) to compensate him for unpaid past disability payments, future disability payments to which he is entitled, his attorney's fees and costs of this matter, along with pre- and post-judgment interest and all other relief that this Honorable Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues herein.

**ANDREW S. ANDERSON, Ph.D., M.D.**
By Counsel

TRICHILO, BANCROFT, McGAVIN,
 HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030-0022
(703)385-1000 Telephone
(703)385-1555 Facsimile


_____
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
Steven W. Bancroft, Esquire
Counsel for Plaintiff