UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANDREW S. ANDERSON, Ph.D., M.D.      :
                                     :
         v.                          :    CASE NO. 1:05CV01342
                                     :
RELIANCE STANDARD LIFE               :
INSURANCE COMPANY                    :

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Reliance Standard Life Insurance Company makes the following disclosure, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Reliance Standard Life Insurance Company is an indirect subsidiary of Delphi Financial Group, Inc., which is traded on the New York Stock Exchange as DFG.

                         Respectfully submitted,

                         TAYLOR SYLLA & AGIN, LLP


                         _____/s/_____
                         Jean-Marie Sylla, Jr., D.C. Bar No. 469371
                         1220 Nineteenth Street, N.W.
                           Suite 501
                         Washington, DC 20036
                         (202) 689-8990
                         (202) 689-8998 (fax)

1178767 v.1