UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD<br>LIFE INSURANCE CO.,<br><br>    Defendant. | Civil Action No. 05-1342 (PLF) |

ORDER

On September 15, 2005, the parties came before the Court for a meet and confer status conference. At that conference the parties agreed to have this action referred to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to a magistrate judge for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the assigned magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____\s_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 23, 2005