### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO.: 1:05-CV-01342 |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY : | |

### VERIFIED MOTION TO APPEAR PRO HAC VICE

Comes now Heather Jeanne Holloway, Esquire, to respectfully move this Honorable Court for leave to appear *pro hac vice* as counsel for defendant, Reliance Standard Life Insurance Company in the above-captioned case. In support of this motion, Ms. Holloway would show the following:

1. Ms. Holloway is an associate with the law firm of Rawle & Henderson, LLP. Her office address is The Widener Building, One South Penn Square, Philadelphia, PA 19107.

2. Ms. Holloway has been duly licensed to practice law in the following courts since the dates set forth below:

| Court | Date Admitted | |
|---|---|---|
| Commonwealth of Pennsylvania: | Admission: | 11/24/1999 |
| State of New Jersey: | Admission: | 12/15/1999 |
| State of Maryland: | Admission: | 06/21/2000 |
| U.S. District Court for the Eastern District of Pennsylvania: | Admission: | 11/12/1999 |
| U.S. District Court for the District of New Jersey: | Admission: | 05/01/2002 |
| U.S. District Court for the Southern District of New York: | Admission: | 10/01/2002 |
| U.S. District Court for the Eastern District of New York: | Admission: | 10/01/2002 |
| U.S. District Court for the District of Maryland: | Admission: | 12/15/2003 |
| U.S. District Court for the Middle District of Pennsylvania: | Admission: | 09/02/2005 |
| U.S.C.A. Third Circuit: | Admission: | 03/15/2005 |

3. Ms. Holloway is not currently, and has never been, suspended or disbarred by any court, nor has she ever been held in contempt by any court or reprimanded in any manner by any state bar, bar association, or court. (See Declaration of Ms. Holloway attached as Ex. 1).

4. Ms. Holloway has represented Reliance Standard Life Insurance Company in numerous matters, is fully familiar with the facts of this case and has been asked by Reliance Standard Life Insurance Company to represent it in this matter. (See Ex. 1).

5. Attorney, Dawn E. Boyce, counsel for plaintiff has assented to the request for admission *pro hac vice*.

6. Ms. Holloway has not made previous application for *pro hac* admission in an action before this court.

WHEREFORE, Heather Jeanne Holloway respectfully requests that this Honorable Court grant her leave to appear *pro hac vice* as counsel for Reliance Standard Life Insurance Company in this case.

        TAYLOR, SYLLA & AGIN, LLP

BY: _____/s/_____
     Jean-Marie Sylla, Jr. DC. Bar No. 469371
     1220 Nineteenth Street, NW
       Suite 501
     Washington, DC  20036
     Telephone: 202.689.8990
     Facsimile: 202.689.8998

Date: March 5, 2006

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and exact copy of the foregoing document has been forwarded to all counsel of record, via ECF notification or alternatively by U.S. Mail, addressed as follows, on the date set forth below:

> Dawn E. Boyce, Esquire
> Trichilo, Bancroft, McGavin, *et al.*
> 3920 University Drive
> Fairfax, VA 22030
> ***Counsel for Plaintiff***

                                        /s/
                            Jean Marie Sylla, Esquire

Date:   March 5, 2006