DECLARATION OF ATTORNEY
HEATHER J. HOLLOWAY

---

I, HEATHER J. HOLLOWAY, being duly sworn, state and allege as follows:

1. I am a member in good standing with the bar of the Commonwealth of Pennsylvania and the States of New Jersey and Maryland and I am admitted to practice law in the following courts:

| Court | Date Admitted | |
|---|---|---|
| Commonwealth of Pennsylvania: | Admission: | 11/24/1999 |
| State of New Jersey: | Admission: | 12/15/1999 |
| State of Maryland: | Admission: | 06/21/2000 |
| U.S. District Court for the Eastern District of Pennsylvania: | Admission: | 11/12/1999 |
| U.S. District Court for the District of New Jersey: | Admission: | 05/01/2002 |
| U.S. District Court for the Southern District of New York: | Admission: | 10/01/2002 |
| U.S. District Court for the Eastern District of New York: | Admission: | 10/01/2002 |
| U.S. District Court for the District of Maryland: | Admission: | 12/15/2003 |
| U.S. District Court for the Middle District of Pennsylvania: | Admission: | 09/02/2005 |
| U.S.C.A. Third Circuit: | Admission: | 03/15/2005 |

2. I am not currently under suspension or subject to other disciplinary action and have never been suspended or disbarred by any court, nor have I ever been held in contempt by any court or reprimanded in any manner by any state bar, bar association, or court.

3. I have been requested by Reliance Standard Life Insurance Company to represent it in this matter and I am fully familiar with the facts involved in this litigation.

4. I have obtained and am familiar with the local rules of this Court.

5.  This statement is made subject to penalties of 28 U.S.C. §1746, relating to unsworn declarations under penalty of perjury.

_____
HEATHER J. HOLLOWAY (PA 84537)