UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO.:  1:05-CV-01342 |
| RELIANCE STANDARD LIFE | : |
| INSURANCE COMPANY | : |

## **ORDER**

Upon consideration of Defendant's Motion for Pro Hac Vice Admission, and any opposition thereto,

It is hereby ORDERED, upon good cause shown, that Heather Jeanne Holloway, Esquire is admitted *pro hac vice* to practice in this district in the above-referenced matter.

It is so ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:
    Dawn E. Boyce, Esquire
    Trichilo, Bancroft, McGavin, *et al.*
    3920 University Drive
    Fairfax, VA 22030


    Jean-Marie Sylla, Jr.
    Taylor Sylla & Agin, LLP
    1220 Nineteenth Street, NW
      Suite 501
    Washington, DC  20036