## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW S. ANDERSON, Ph.D., M.D.    \*

           Plaintiff,          \*

v.                               \*   Civil Action No: 1:05-cv-1342 PLF DAR

RELIANCE STANDARD LIFE       \*
INSURANCE COMPANY          \*

           Defendant.      \*

### NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Andrew S. Anderson, Ph.D., M.D., by counsel, will take the deposition upon oral examination of Charles H. Bonner, M.D., commencing at 4:00 p.m. on March 6, 2006, at the offices of Dr. Charles H. Bonner, 9323 Midlothian Turnpike, Suite R, Richmond, Virginia 23235, (804) 330-3369, before a person authorized to administer oaths by the laws of the United States or the District of Columbia.

The testimony taken in deposition is for purposes of discovery and for use at trial. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. The questioning shall be conducted pursuant to the Federal Rules of Civil Procedure. You are invited to attend and cross examine.

Said deponent is requested to produce and bring to his deposition the following documents and things:

1.    All medical records of Andrew S. Anderson, Ph.D., M.D. either provided to you by representatives of plaintiff or obtained from any other source.

2.    Any and all correspondence generated by or received by you concerning the above-captioned matter, including all correspondence from attorneys representing the defendant or any other person or corporation.

3.    Any and all handwritten or typed notes or marginal notations prepared by you in connection with your review and evaluation of this case, including, but not limited to, medical records.

4.    Every other document, memorandum, photograph, diagram, or any other tangible item comprising your "file" in the above-captioned matter which is not directly referred to in the above request.

5.    All published or unpublished articles, books, treatises, studies, papers or part thereof, which you contend support any of the opinions you have formulated concerning this case.

6.    All reports, correspondence or documents of any kind which reflect or contain your opinions formulated in this case.

7.    A copy of your current and completely updated curriculum vitae.

**ANDREW S. ANDERSON, Ph.D., M.D.**
By Counsel

-2-

TRICHILO, BANCROFT, McGAVIN,
 HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile


_____
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
Steven W. Bancroft, Esquire
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Deposition Duces Tecum
was mailed, postage prepaid, on this 21st day of February, 2006, to Jean-Marie Sylla, Jr.,
Taylor, Sylla & Agin, LLP, 1220 Nineteenth Street, N.W., Suite 501, Washington, D.C.
20036; and Dr. Charles H. Bonner, 9323 Midlothian Turnpike, Suite R, Richmond, Virginia
23235.

_____
Dawn E. Boyce

-3-