IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No: 1:05-cv-1342 PLF DAR |
| | * |
| RELIANCE STANDARD LIFE | * |
| INSURANCE COMPANY | * |
| | * |
| Defendant. | * |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Andrew S. Anderson, Ph.D., M.D., by counsel, will take the deposition upon oral examination of Karen McGill commencing at 10:00 a.m. on March 9, 2006, at the offices of L.A.D Reporting, 1100 Connecticut Avenue, N.W., Suite 850, Washington, D.C. 20036, (202) 861-3410, before a person authorized to administer oaths by the laws of the United States or the District of Columbia.

The testimony taker in deposition is for purposes of discovery and for use at trial. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. The questioning shall be conducted pursuant to the Federal Rules of Civil Procedure. You are invited to attend and cross examine.

ANDREW S. ANDERSON, Ph.D., M.D.
By Counsel

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 22 • FAIRFAX, VIRGINIA 22038-0322 • (703) 385-1000 • FAX (703) 385-1555

TRICHILO, BANCROFT, McGAVIN,
 HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030-0022
(703)385-1000 Telephone
(703)385-1555 Facsimile

*/s/ DE Boyce*
_____
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
Steven W. Bancroft, Esquire
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Deposition was mailed, postage prepaid, on this 21st day of February, 2006, to Jean-Marie Sylla, Jr., Taylor, Sylla & Agin, LLP, 1220 Nineteenth Street, N.W., Suite 501, Washington, D.C. 20036.

*/s/ DE Boyce*
_____
Dawn E. Boyce

-2-

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 12 • FAIRFAX, VIRGINIA 22030-0022 • (703) 385-1000 • FAX (703) 385-1555