UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | : | |
| | : | |
| v. | : | CASE NO. 1:05CV01342 |
| | : | |
| RELIANCE STANDARD LIFE | : | |
| INSURANCE COMPANY | : | |

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Reliance Standard Life Insurance Company's Motion for Protective Order, and any opposition thereto, it is hereby ORDERED that said Motion is GRANTED.  Plaintiff is precluded from taking the depositions noticed in this case.

BY THE COURT

_____

cc:
Dawn E. Boyce, Esquire
Trichilo, Bancroft, et al.
3920 University Drive
Fairfax, VA 22030-0022

Jean-Marie Sylla, Jr., Esquire
Taylor Sylla & Agin, LLP
1220 Nineteenth Street, NW
  Suite 501
Washington, DC 20036