IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *Civil Action No: 1:05-cv-1342 PLF DAR |
| | * |
| RELIANCE STANDARD LIFE | * |
| INSURANCE COMPANY | * |
| | * |
| Defendant. | * |

## ORDER

UPON Defendant's Motion for Protective Order relating to the depositions of Charles H. Bonner, M.D. and Karen McGill, and upon consideration of Plaintiff's Opposition to the Motion, it is this _____ day of _____, ORDERED that the Motion is DENIED with prejudice.

_____
Judge, United States District Court
District of Columbia

cc:

Dawn E. Boyce, Esquire
TRICHILO, BANCROFT, McGAVIN,
    HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
*Counsel for Plaintiff*

Jean-Marie Sylla, Jr.
TAYLOR, SYLLA & AGIN, LLP
1220 Nineteenth Street, N.W.
Suite 501
Washington, D.C. 20036
*Counsel for Defendant*