## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ANDREW S. ANDERSON, Ph.D., M.D.    :
                                                          :
        v.                                        :        CASE NO. 1:05CV01342
                                                          :
RELIANCE STANDARD LIFE        :
INSURANCE COMPANY              :

## NOTICE

Please be advised that the exhibits attached to this Defendant Reliance Insurance Company's Motion for Summary Judgment are being filed by paper and hand delivered to the United States District Court for the District of Columbia.

                                                     Respectfully Submitted,

                                               _____|§|_____
                                               Jean-Marie Sylla, Jr., Esquire
                                               D.C. Bar No. 469371
                                             Taylor Sylla & Agin, LLP
                                             1220 Nineteenth Street, NW
                                                Suite 501
                                             Washington, DC 20036

Date: April 17, 2006