UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. : | CASE NO. 1:05CV01342 |
| : | |
| v. : | |
| : | |
| RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY : | |

ORDER

    AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Motion for Summary Judgment and any response thereto, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

BY THE COURT

_____
J.

cc:

Dawn E. Boyce, Esquire
Trichilo, Bancroft, McGavin,
   Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

Jean-Marie Sylla, Jr.
Taylor Sylla & Agin, LLP
1220 Nineteenth Street, NW
Suite 501
Washington, DC 20036

Heather Holloway, Esquire
Rawle & Henderson, LLP
1339 Chestnut Street
One South Penn Square
The Widener Building, 16th Floor
Philadelphia, PA 19107