## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW S. ANDERSON, Ph.D., M.D.　　\*
　　　　　　　　　　　　　　　　　　\*
　　　　　　Plaintiff,　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*
v.　　　　　　　　　　　　　　　　\*Civil Action No: 1:05-cv-1342 PLF DAR
　　　　　　　　　　　　　　　　　　\*
RELIANCE STANDARD LIFE　　　　　\*
INSURANCE COMPANY　　　　　　　\*
　　　　　　　　　　　　　　　　　　\*
　　　　　　Defendant.　　　　　　\*

### AFFIDAVIT

I, Dawn E. Boyce, do hereby attest and affirm based upon my personal knowledge and belief, the following:

1.　　I represent the plaintiff, Dr. Anderson.

2.　　Prior to the filing of the Complaint, I requested the administrative record and the policy of insurance from Reliance Standard Life Insurance Company. This request was made pursuant to the terms of the policy.

3.　　On July 18, 2005, I received correspondence from Karen McGill with the Quality Review Unit. A true and accurate copy of the cover letter from Ms. McGill is attached as Exhibit 1. The enclosures with the cover letter were purported to be a complete copy of the claim file and a copy of the policy. See Exhibit 1.

4.　　Attached to that letter was the policy attached as Exhibit 2.

5.　　With the policy was approximately 440 pages which was represented to be the complete file.

6.     After suit was filed, a copy of the administrative record was produced by counsel for the defendant.  This grouping of documents was submitted to the court in support of the defendant's motion for summary judgment, which again included the policy of insurance produced prior to suit.  See AR0248-AR0277.

7.     In the administrative record produced by defendant's counsel, were 44 pages that were not produced with the original record provided by Ms. McGill.  Although not all of the records omitted were substantive, some were, such as those found in the record at AR0001-AR0033, none of which were included in the original administrative record.

8.     On February 22, 2006, Reliance first revealed that the policy produced both by the claims representative and the attorney for Reliance was not the correct policy. Reliance, through separate counsel, then produced a new policy, with a third class of beneficiaries, not included in the original policy produced.  Coincidentally, this is the class that Reliance maintains that Dr. Anderson is in for the purposes of benefits.  That policy is attached as Exhibit 3.

_____
Dawn E. Boyce

State of Virginia
City/County of Fairfax

The aforesigned appeared before me and attested to the foregoing on this 8th day of May, 2006.

My Commission expires: 2/28/09

Kimberly Ann Prather
Notary Public I was
commissioned as
Kimberly Ann Lien

2