

**RELIANCE STANDARD**
Life Insurance Company



EXHIBIT

_____1_____

Disability Claims Department
P.O. Box 8330
Philadelphia, PA 19101-8330
(267) 256-3500
(800) 351-7500

July 14, 2005

Dawn Boyce
Trichilo, Bancroft, McGavin, Horvath & Judkins
3920 University Dr.
P.O. Box 22
Fairfax, VA 22030-0022

**RECEIVED**

JUL 1 8 2005

Trichilo, Bancroft, McGavin,
Horvath & Judkins, P.C.

Re:              Dr. Andrew Anderson
Claim Number:    2003-147-072
Policy Number:   LSC 107283

Dear Ms. Boyce:

In accordance with your request, please find enclosed a complete copy of your LTD claim file including a copy of the policy.

Sincerely,

Karen McGill
Quality Review Unit

a **DELPHI** company