IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*Civil Action No: 1:05-cv-1342 PLF DAR |
| | \* |
| RELIANCE STANDARD LIFE | \* |
| INSURANCE COMPANY | \* |
| | \* |
| Defendant. | \* |

## ORDER

CAME THE PARTIES hereto on the Defendant's motion for summary judgment and it appearing based upon the material facts in dispute and argument of counsel that the defendant is not entitled to summary judgment, it is

ORDERED that the motion for summary judgment be and hereby is denied.

_____

Judge, United States District Court
District of Columbia

Copies to:

Dawn E. Boyce, Esquire
Trichilo, Bancroft, McGavin,
 Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Counsel for Plaintiff

Jean-Marie Sylla, Jr.
Taylor, Sylla & Agin, LLP
1220 Nineteenth Street, N.W., Suite 501
Washington, D.C. 20036
Counsel for Defendant

Heather Holloway, Esquire
Rawle & Henderson, LLP
One South Penn Square
The Widener Buildling, 16th Floor
1339 Chestnut Street
Philadelphia, PA 19107