**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **RELIANCE STANDARD LIFE INSURANCE,**    )<br>)<br>**Plaintiff,**    )<br>)<br>**v.**    )<br>)<br>**ANDREW S. ANDERSON, Ph.D., M.D.**    )<br>)<br>**Defendant.**    ) | **Civil Action No.: 1:05-CV-01342** |

## PRAECIPE OF ADDRESS CHANGE

Please be advised that the address of my office has changed. From now on kindly send all correspondence to the following address:

        Taylor, Sylla & Agin, LLP
        The Commercial National Bank Building
        1420 New York Avenue, NW
          Suite 810
        Washington, DC 20005
        Phone: (202) 783-7830
        Fax: (202) 783-7858

If you have any questions or concerns please feel free to contact me at the below-listed number.

Dated: May 17th, 2006                          Sincerely,

                                                _____/s/_____
                                                Jean-Marie Sylla, Jr., Esq. #469371
                                                Taylor Sylla & Agin, LLP
                                                The Commercial National Bank Building
                                                1420 New York Avenue, NW
                                                  Suite 810
                                                Washington, DC 20005
                                                (202) 783-7830
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing Praecipe of Address Change to be served via first class mail, postage prepaid, this 17th day of May 2006, upon:

Dawn E. Boyce, Esquire
Trichilo, Bancroft, McGavin,
 Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

Heather Holloway, Esquire
Rawle & Henderson, LLP
1339 Chestnut Street
One South Penn Square
The Widener Building, 16th Floor
Philadelphia, PA 19107

_____/s/_____
Jean-Marie Sylla, Jr.