IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. ANDERSON, Ph.D., M.D. | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No: 1:05-cv-1342 PLF DAR |
| | * |
| RELIANCE STANDARD LIFE | * |
| INSURANCE COMPANY | * |
| | * |
| Defendant. | * |

## DISMISSAL PRAECIPE

TO THE CLERK OF THE COURT:

    Please dismiss the above-styled matter with prejudice, as all claims have been resolved by settlement.

TRICHILO, BANCROFT, McGAVIN,
 HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030-0022
(703)385-1000 Telephone
(703)385-1555 Facsimile


      /S/
_____
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
Steven W. Bancroft, Esquire
Counsel for Plaintiff

                /S/
--------------------------------
Heather Holloway, Esquire
Rawle & Henderson, LLP
One South Penn Square
The Widener Building, 16th Floor
1339 Chestnut Street
Philadelphia, PA 19107
Counsel for Defendant


                /S/
--------------------------------
Jean-Marie Sylla, Jr.
Taylor, Sylla & Agin, LLP
1220 Nineteenth Street, N.W., Suite 501
Washington, D.C.  20036
Counsel for Defendant